**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Criminal No.   2:25-cr-20307-TLP** |
| | ) | |
| **DAMION DALTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE**

---

   **COMES NOW,** the United States, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee, and Lauren J. Delery, Assistant United States Attorney, and respectfully moves this Honorable Court to dismiss this case without prejudice. The United States initiated prosecution by complaint in this case but has now brought charges in an indictment in case number 2:25-cr-20280-SHL. The United States therefore moves this Court to dismiss the instant case without prejudice.

<div style="margin-left: 55%;">

Respectfully submitted,

D. MICHAEL DUNAVANT
United States Attorney
Western District of Tennessee

By:   s/ *Lauren J. Delery*
LAUREN J. DELERY
Assistant United States Attorney
167 N. Main, Suite 800
Memphis, TN 38103
901-544-4231

</div>

## CERTIFICATE OF CONSULTATION

I hereby certify that on January 8, 2026, I conferred via telephone with Taurus Bailey, counsel for Defendant, who confirmed that he does not object to the relief sought in this motion and is in agreement with the form of the proposed order.

/s/ *Lauren J. Delery*
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Lauren J. Delery, Assistant United States Attorney, do hereby certify that a copy of the foregoing Motion was forwarded by electronic means, via the Court's Electronic Filing System, to counsel for the defendant.

This date: January 8, 2026.

/s/ *Lauren J. Delery*
Assistant United States Attorney

2